```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                                2:16-cr-104

Lori Ann Leas

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 28) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 44, 369 and 415 of the indictment, and she is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: December 19, 2016                s\James L. Graham
                                                   James L. Graham
                                                 United States District Judge